# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLARISSA I. MEZA, | Case No.: 2:18-cv-1474-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| G. FLORES, et al., | |
| Defendant(s). | |

Plaintiff is proceeding in the instant case *pro se* and has filed a complaint on behalf of her business, WWM&W, LLC, Ally's Energy Healing & Wellness Center. Docket No. 1. Corporations may appear in federal court only through licensed counsel. *See United States v. High Country Board. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

Accordingly, the Court **ORDERS** that counsel for Plaintiff must file a notice of appearance in accordance with the Local Rules, no later than September 10, 2018.

IT IS SO ORDERED

Dated: August 10, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge