# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLARISSA ISELA MEZA<br>*doing business as*<br>WWM&W, LLC, Ally's Energy Healing & Wellness Center,<br><br>           Plaintiff,<br>  vs.<br><br>G. FLORES, *et al.*,<br><br>           Defendants. | Case No.: 2:18-cv-01474-GMN-NJK<br><br>**ORDER** |

      Pending before the Court is the Report and Recommendation of the Honorable United States Magistrate Judge Nancy J. Koppe, (ECF No. 8), which recommends that Plaintiff Clarissa Isela Meza's Complaint be dismissed without prejudice.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

      Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 8), is **ACCEPTED and ADOPTED** in full.

IT IS FURTHER ORDERED that the Motion for Leave to Proceed in forma pauperis is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Plaintiff Clarissa Isela Meza's Complaint is **DISMISSED without prejudice**. The Clerk of Court shall enter judgment accordingly.

**DATED** this \_\_\_12\_\_\_ day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court